People of the State of Illinois, Appellant, v. Albert Geurke, et al., Appellees.

Gen. No. 48,928. 

March 5, 1964.

Daniel P. Ward, State's Attorney of Cook County, of Chicago (Edward J. Hladis and Richard T. Buck, Assistant State's Attorneys, of counsel), for appellant; R. Eugene Pincham and Charles B. Evins, both of Chicago, for appellees. Memorandum opinion. Not to be published in full.